18UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                                    Plaintiff,

v.

MIGUEL BARAJAS PARRA,

                                                    Defendant.

Case No.:  22CR0886-JLS

**ORDER CONTINUING JURY TRIAL AND MOTION IN LIMINE HEARING**

On the Court's own motion, IT IS HEREBY ORDERED that the Jury Trial in this matter shall be continued from June 21, 2022 to **June 27, 2022** at **9:00 a.m.**  The Motion in Limine Hearing shall be continued from **June 10, 2022** to **June 17, 2022** at **2:00 p.m.** Responses to the pending motions in limine shall be filed by **June 10, 2022**.

IT IS SO ORDERED.

Dated:  June 6, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge