1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**HONORABLE JANIS L. SAMMARTINO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>MIGUEL BARAJAS PARRA,<br>Defendant. | Case No. 3:22-cr-00886-JLS-001<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION IN LIMINE HERING AND TRIAL DATE |

Pursuant to joint motion and good cause appearing, **IT IS ORDERED** that the Motion in Limine hearing, currently set on June 17, 2022, be continued to October 7, 2022, at 2:00 p.m. Furthermore, the trial date, currently set for June 27, 2022, shall be continued to October 17, 2022, at 9:00 a.m.

For reasons stated in paragraph 2 of the joint motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendants in a speedy trial. The Court further finds that counsel for defendant need reasonable time for effective preparation. The Court has considered the parties' exercise of due diligence in making this determination.

1

2

3

      **IT IS FURTHER ORDERED** that the period of delay from June 17, 2022, to the continued date be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

4

5

      IT IS SO ORDERED.

Dated:  June 13, 2022

6

7

Hon. Janis L. Sammartino
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28